Hon. Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROLAND JESSE DAZA-CORTEZ and<br>RAFAEL VALADEZ-VAZQUEZ,<br><br>Defendants. | NO.  CR15-269RAJ<br><br>PROTECTIVE ORDER<br>Re: IMPEACHMENT MATERIALS |

This matter comes before the Court on the unopposed motion for a protective order regarding impeachment materials.  Having considered the entirety of the record and files herein, the Court finds that based upon the motion and for good cause shown,

IT IS HEREBY ORDERED that copies of the impeachment material shall not be disseminated to the defendants themselves.  Copies shall not be disseminated to anyone who is not a member of the immediate defense investigatory team.  If copies are provided to anyone within the defense investigatory team, such as an expert or investigator, that person is bound by the terms of this Order and may not further disseminate the material.

IT IS FURTHER ORDERED that the defendants, defense counsel, and others to whom disclosure of the discovery may be necessary to assist with the preparation of the defense case, shall not disclose the contents of the discovery, other than as necessary for the preparation or presentation of their defense at trial, and in subsequent appellate proceedings, if necessary.

1      Nothing in this order prohibits reviewing or showing the discovery material to the
2  defendants, and to others whom disclosure of the content of the discovery is necessary to
3  assist with the preparation of the defense at trial, or in subsequent appellate proceedings.
4  The impeachment material should be clearly segregated and labeled in the Index as
5  "Protected."  The material shall be destroyed or returned to the United States at the
6  conclusion of the case.

7      DATED this 9th day of February, 2017.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge