Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE

| UNITED STATES OF AMERICA, | No. CR15-269RAJ |
|---|---|
| Plaintiff, | |
| v. | ORDER OF DISMISSAL WITHOUT PREJUDICE TO RE-FILING |
| RAFAEL VALADEZ-VAZQUEZ, | |
| Defendant. | |

This matter comes before the Court upon the unopposed notice of the United States for leave to dismiss all pending charges in this matter as to Defendant Rafael Valadez-Vazquez.

IT IS HEREBY ORDERED:

All pending counts in the above-captioned case as to Defendant Rafael Valadez-Vazquez are dismissed, without prejudice to re-filing.

DATED this 9th day of March, 2017.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

Order of Dismissal
*United States v. Rafael Valadez-Vazquez*, CR15-269RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970